# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:07CR00003-004 |
| v. ) | **FINAL ORDER** |
| ) | |
| **JOSE SANTIAGO,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the government's Motion to Dismiss (ECF No. 462) is GRANTED, and the defendant's § 2255 motion is DENIED. It is further **ORDERED** that based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: April 18, 2011

/s/ JAMES P. JONES
United States District Judge